1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| TRIPLE AAA ASSOCIATION FOR CHILDREN WITH DEVELOPMENTAL DISABILITIES SUING ON BEHALF OF ROBERT ARRON MCKISSICK, et al., | CASE NO. 06cv730-BEN (WMc) |
|---|---|
| Plaintiff, | ORDER SCHEDULING SETTLEMENT DISPOSITION CONFERENCE |
| vs. | |
| PANCHO'S FASHION, et al., | |
| Defendant. | |

A *telephonic* Settlement Disposition Conference will be held **January 4, 2007, at 9:00 a.m.** in the chambers of Magistrate Judge William McCurine, Jr. unless a signed stipulation for dismissal of this case is filed and **a copy of the signed stipulation is provided to the chambers of Magistrate Judge McCurine, Jr. prior to that time**. If a copy of a signed stipulation cannot be provided to the chambers of Magistrate Judge McCurine Jr. on or before the date indicated above, counsel shall contact the chambers of Magistrate Judge McCurine, Jr. **at least one court day before** the date indicated above, to explain the reasons therefor. **Monetary sanctions shall be imposed for failure to comply with this order**. *Plaintiff is instructed to initiate the call*.

IT IS SO ORDERED.

DATED: December 14, 2006

_____
Hon. William McCurine, Jr.
U.S. Magistrate Judge
United States District Court

- 1 -                                            06cv730-BEN (WMc)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28