UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRIPPLE AAA ASSOCIATION FOR CHILDREN WITH DEVELOPMENTAL DISABILITIES,<br><br>Plaintiffs<br><br>v.<br><br>PANCHO'S FASHION; EDUARDO A. TORRES; PARADISE TOYS & GIFTS; ANA C. MENDOZA; ANDRES MENDOZA; MEXFRONT BORDER INVESTMENTS INC., And DOES 1 THROUGH 10, Inclusive<br><br>Defendants | Case No.:06cv0730 BEN (WMc)<br>ORDER GRANTING JOINT MOTION FOR DISMISSAL AND DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS AND PLAINTIFFS' COMPLAINT IN ITS ENTIRETY.<br><br>[Fed.R.Civ.P. Rule 41(a)(2)] |

IT IS HEREBY ORDERED that ALL Defendants are dismissed with prejudice from Plaintiffs' Complaint, Case Number 06cv0730 BEN (WMc). Additionally, Plaintiffs' Complaint is hereby dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated: February 6, 2007

HON. ROGER T. BENITEZ
U.S. DISTRICT COURT JUDGE

Case Number. 06cv0730 BEN (WMc)